IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

PLYMOUTH COUNTY, IOWA, by and through DARIN J. RAYMOND, PLYMOUTH COUNTY ATTORNEY,

           Plaintiff,

  v.

MERSCORP, INC., n/k/a MERSCORP HOLDINGS, INC., et al.,

           Defendants.

Case No. 5:12-CV-4022-MWB

## NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT CORINTHIAN MORTGAGE CORPORATION ONLY

Plaintiff Plymouth County, Iowa by its undersigned counsel and through its designated representative, Darin J. Raymond as Plymouth County Attorney, and pursuant to Fed.R.Civ.P.41(a)(1)(A)(i), hereby dismisses, without prejudice, all claims as against <u>only</u> defendant Corinthian Mortgage Corporation.

Dated: May 6, 2013

**GRANT & EISENHOFER P.A.**

By: /s/ Adam J. Levitt
Adam J. Levitt
30 North LaSalle Street, Suite 1200
Chicago, Illinois 60602
Tel.: (312) 214-0000
Fax: (312) 214-0001
alevitt@gelaw.com

Patrick N. Murphy AT0005572
Michael P. Murphy AT0005564
Scott L. Bixenbaum AT0000927

1

**MURPHY, COLLINS & BIXENMAN, P.L.C.**
38 First Avenue NW
Le Mars, Iowa 51031
Tel : (712) 546-8844
Fax: (712) 546-8847
murphlaw@premieronline.net

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 6, 2013, I electronically filed the foregoing with the Clerk of the United States District Court, Northern District of Iowa, using the CM/ECF system, which will send notification of such filing to all counsel of record. For those counsel of record who are not registered through ECF, a copy has been mailed by U.S. mail.

                                        By: /s/  Adam J. Levitt
                                        ATTORNEY FOR PLAINTIFF

3

Case 5:12-cv-04022-MWB   Document 88   Filed 05/06/13   Page 3 of 3