IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| PLYMOUTH COUNTY, IOWA, by and through DARIN J. RAYMOND, Plymouth County Attorney, | ) ) ) ) | |
| Plaintiff, | ) ) | No. C12-4022-MWB |
| vs. | ) ) | |
| MERSCORP, INC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC; BANK OF AMERICA, NA; BAC HOME LOANS SERVICING; CITIMORTGAGE, INC; EVERHOME MORTGAGE COMPANY, HSBC BANK, USA, NA; JPMORGAN CHASE BANK, NA; CHASE HOME FINANCE, LLC; EMC MORTGAGE CORP; SUNTRUST MORTGAGE, INC; WELLS FARGO BANK, NA; WELLS FARGO HOME MORTGAGE, INC; WMC MORTGAGE CORP; and JOHN DOE DEFENDANTS 1-100, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | FINAL JUDGMENT IN A CIVIL CASE AS TO SOME DEFENDANTS |
| Defendants. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff, PLYMOUTH COUNTY, IOWA, take nothing against Defendants MERSCORP, INC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC, BANK OF AMERICA, NA, BAC HOME LOANS SERVICING, CITIMORTGAGE, INC, EVERHOME MORTGAGE COMPANY, HSBC BANK, USA, NA, JPMORGAN CHASE BANK, NA, CHASE HOME FINANCE, LLC, EMC MORTGAGE CORP, SUNTRUST

MORTGAGE, INC, WELLS FARGO BANK, NA, WELLS FARGO HOME MORTGAGE, INC, WMC MORTGAGE CORP, and JOHN DOE DEFENDANTS 1-100, and this action is dismissed.

Dated: June 5, 2013     ROBERT L. PHELPS
                        Clerk

                        /s/ des
                        (By) Deputy Clerk

2