IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| PLYMOUTH COUNTY, IOWA, by and through DARIN J. RAYMOND, PLYMOUTH COUNTY ATTORNEY, | ) ) ) ) ) | Case No. 5:12-CV-04022-MWB |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| MERSCORP, INC., n/k/a MERSCORP HOLDINGS, INC., *et al.*, | ) ) ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT GMAC MORTGAGE, LLC WITH PREJUDICE PURSUANT TO FED. R. CIV. P 41(a)(1)(A)(i)**

**NOTICE IS HEREBY GIVEN** that Plaintiff, Plymouth County, Iowa, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses with prejudice the Class Action Petition as to defendant GMAC Mortgage, LLC (improperly sued as GMAC Residential Funding Corp) ("GMACM").

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff states that GMACM has neither filed an answer nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i) is therefore appropriate.

Dated: April 21, 2014

Respectfully submitted,

**GRANT & EISENHOFER P.A.**

By: /s/  Adam J. Levitt
Adam J. Levitt
30 North LaSalle Street, Suite 1200
Chicago, Illinois  60602
Tel.:  (312) 214-0000
Fax:  (312) 214-0001
alevitt@gelaw.com

Patrick N. Murphy
**MURPHY, COLLINS & BIXENMAN,
P.L.C.**
38 First Avenue NW, P.O. Box 526
Le Mars, Iowa 51031
Tel:  (712) 546-8844

Ed Hershewe
**THE HERSHEWE LAW FIRM, P.C.**
431 Virginia
Joplin, Missouri  64801
Tel:  (417) 782-3790
Fax:  (417) 782-8482
ed.hershewe@h-law.com

Tim Dollar
**DOLLAR, BURNS & BECKER, L.C.**
1100 Main Street, Suite 2600
Kansas City, Missouri  64105
Tel:  (816) 876-2600
Fax:  (816) 221-8763
timd@dollar-law.com

*Counsel for Plaintiff'*

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2014, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of Iowa using the CM/ECF system, which will send notification of such filing to all counsel of record. For those counsel of record who are not registered through ECF, a copy has been mailed by First Class U.S. Mail.

/s/ Adam J. Levitt
ATTORNEY FOR PLAINTIFF

3